**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| DEVONTAE C. HARRIS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:24-CV-351-TLS-JEM |
| | ) | |
| COOPER, *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

Devontae C. Harris, a prisoner without a lawyer, filed a complaint. [DE 1]. Pursuant to Northern District of Indiana Local Rule 7-6, the Court requires he use the **Pro Se 14 (INND Rev. 2/20) Prisoner Complaint** form. Harris did not use the required form. He will be granted an opportunity to file an amended complaint using the correct form.

For these reasons, the Court:

(1) **DIRECTS** the Clerk of the Court to place this cause number on a blank **Pro Se 14 (INND Rev. 2/20) Prisoner Complaint** form and send it to Devontae C. Harris;

(2) **GRANTS** Devontae C. Harris until **February 28, 2025**, to file an amended complaint on the form provided; and

(3) **CAUTIONS** Devontae C. Harris that, if he does not respond by the deadline, this case may be dismissed without further notice.

SO ORDERED this 4th day of February, 2025.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:    Plaintiff, *pro se*